JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK LLOYD FREEMAN,  )<br>  )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>Acting Comm'r of Social Security,  )<br>  )<br>    Defendant  )<br>  )<br>_____ ) | Case No.  2:16-cv-01988-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to February 16, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  This extension is requested to due workload issues.  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

**Freeman v. Colvin**               Stipulation and Proposed Order          E.D. Cal. 2:16-cv-01988-AC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 16, 2017                JACQUELINE A. FORSLUND
                                      Attorney at Law


                                      */s/Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND

                                      Attorney for Plaintiff


Date:  January 16, 2017               PHILIP A. TALBERT
                                      United States Attorney
                                      DEBORAH STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      */s/Jeffery Chen*
                                      JEFFERY CHEN
                                      Special Assistant United States Attorney
                                      *By email authorization

                                      Attorney for Defendant


                        ORDER

APPROVED AND SO ORDERED


DATED: January 18, 2017

                                      _____
                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE

**Freeman v. Colvin**         **Stipulation and Proposed Order**         **E.D. Cal. 2:16-cv-01988-AC**