PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: (415) 977-8939
   Facsimile: (415) 744-0134
   Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DERICK LLOYD FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:16-cv-01988-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ.  Defendant respectfully requests this additional time because he has a very heavy workload, and because of an upcoming family vacation to Taiwan that will result in an absence from the office from Monday, February 27 through Friday, March 17, 2017.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's MSJ will be Wednesday, April 19, 2017.

                                            Respectfully submitted,

Date: *February 27, 2017*        FORSLUND LAW LLC

                            By:    */s/ Jacqueline Forslund**
                                            JACQUELINE FORSLUND
                                            *\* By email authorization on Feb. 27, 2017*
                                            Attorney for Plaintiff

Date: *February 27, 2017*        PHILIP A. TALBERT
                                            United States Attorney

                            By:    */s/ Jeffrey Chen*
                                            JEFFREY CHEN
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

                                            <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: February 27, 2017

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ