PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DERICK LLOYD FREEMAN, | Civil No. 2:16-cv-01988-AC |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her MSJ. Defendant respectfully requests this additional time because he has a very heavy workload, including four District Court briefs as well as a Ninth Circuit merits brief that requires significant time to complete within the next two weeks.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Friday, May 19, 2017.

Respectfully submitted,

Date: *May 2, 2017*     FORSLUND LAW LLC

By:  */s/ Jacqueline Forslund*  
JACQUELINE FORSLUND  
*\* By email authorization on May 2, 2017*  
Attorney for Plaintiff

Date: *May 2, 2017*     PHILIP A. TALBERT  
United States Attorney

By:  */s/ Michael K. Marriott*  
MICHAEL K. MARRIOTT  
Special Assistant United States Attorney  
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: May 3, 2017

_____  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2